## CRONK *vs.* CANFIELD and FORD.

A motion to set aside a nonsuit, upon a case, cannot be made, if the case nowhere shows whether the trial was with or without a jury. In such a case, the only method of reversing the rulings at the circuit is by appeal.

A judge, at the circuit, has no power to order a case to be heard at general term. He can only order the exceptions to be so heard.

Where no specific exception is taken to the rulings of the judge, as they occur during the trial, but at the close of the case there is a single exception to all the rulings, the exception cannot be sustained unless *all* the rulings are erroneous.

MOTION to set aside a nonsuit, upon a case. The action was upon contract. The case does not state whether the action was tried before the court or a jury. There were several objections taken to the admission of testimony, during the trial, but no exceptions were taken until the trial closed and the court nonsuited the plaintiff. The case then states, " to all which decisions and rulings of the court the plaintiff's counsel excepted." The court then ordered the case to be heard at the general term.

*B. Bagley,* for the plaintiff.

*Brown & Spencer,* for the defendant Canfield.

*Geo. Morris,* for the defendant Ford.

*By the Court,* PRATT, J. There are several difficulties in this case which are fatal to the motion, and which render it unnecessary to examine the case upon the merits.

1st. The case nowhere shows whether the trial was with or without a jury. If without a jury, this motion cannot be made. The only method of reversing the rulings at the circuit, in such case, would be by appeal.

2d. The case is ordered to be heard at general term. This the judge at the circuit had no power to do. The code only gives him power to order the exceptions to be heard at general term.

3d. No specific exception appears to have been taken to the rulings of the judge, as they occurred during the trial, but at the close of the case there is a single exception to all the rulings.

This is simply a general exception, and cannot be sustained, at least unless *all* the rulings are erroneous. Without examining therefore, critically, to see whether a single erroneous ruling may not be found, a slight examination is sufficient to determine that they were not *all* erroneous.

Motion denied.

[ONEIDA GENERAL TERM, January 5, 1857. *Hubbard, Pratt, Bacon* and *W. F. Allen,* Justices.]